| | |
|---|---|
| Joshua D. Buck, Nev. Bar No. 12187 | Frank C. Gilmore, Nev. Bar No. 10052 |
| josh@thiermanbuck.com | frank@gilmoregroupnv.com |
| Leah L. Jones, Nev. Bar No. 13161 | **THE GILMORE LAW GROUP** |
| leah@thiermanbuck.com | 1495 Ridgeview Drive, Suite 90 |
| **THIERMAN BUCK** | Reno, Nevada 89519 |
| 325 W. Liberty Street | Tel. (775) 848-6387 |
| Reno, Nevada 89501 | |
| Tel. (775) 284-1500 | *Attorney for Defendant Tahoe Fresh Co dba* |
| Fax. (775) 703-5027 | *Austin's Restaurant* |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGI YORDANOV BUYUKLIYSKI, NIKOLAY GANCHEV KIROV, and VIARA TODOROVA LAZAROVA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE FRESH CO d/b/a AUSTIN'S RESTAURANT, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:25-cv-00077-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE NOTICE OF DISMISSAL OF PLAINTIFFS' CLAIMS**<br>**(First Request)** |

Plaintiffs GEORGI YORDANOV BUYUKLIYSKI, NIKOLAY GANCHEV KIROV, and VIARA TODOROVA LAZAROVA ("Plaintiffs"), and Defendant TAHOE FRESH CO d/b/a AUSTIN'S RESTAURANT ("Defendant") (collectively the "Parties") by and through their respective counsel of record, hereby stipulate and request that the Court grant an extension to extend the current deadline for the Parties to submit a Notice of Dismissal of Plaintiff's claims from the current deadline of July 21, 2025 (ECF No. 7) for thirty (30) days to Thursday, **August 21, 2025**.

1. On June 4, 2025, the Parties filed a notice of settlement and request to file a stipulation of dismissal within forty-five (45) days. (ECF No. 24.)

2. On the same day, the Court, by Minute Order directed the Parties to file the stipulation for dismissal or joint status report by July 21, 2025. (ECF No. 7.)

3. The Settlement Agreement has been completed and signed by all Parties. However, and by agreement, Defendant does not anticipate payment until on or about August 1, 2025.

4. Accordingly, the Parties request a thirty (30) day extension to file the Stipulation of Dismissal no later than August 21, 2025. This Stipulation is the First Request for an extension of the deadline and is not submitted for the purpose of delay.

Respectfully submitted,

Dated: July 14, 2025                                              Dated: July 14, 2025

**THIERMAN BUCK**                                            **THE GILMORE LAW GROUP**

*/s/Leah L. Jones*                                                  */s/Frank C. Gilmore*
Joshua D. Buck, Nev. Bar No. 12187              Frank C. Gilmore, Nev. Bar No. 10052
Leah L. Jones, Nev. Bar No. 13161                1495 Ridgeview Dr., Ste 90
325 W. Liberty St.                                              Reno, Nevada 89519
Reno, Nevada 89501

*Attorneys for Plaintiffs*                                     *Attorney for Defendant Tahoe Fresh Co dba Austin's Restaurant*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court

Dated: July 15, 2025