| | |
|---|---|
| Joshua D. Buck, Nev. Bar No. 12187 | Frank C. Gilmore, Nev. Bar No. 10052 |
| josh@thiermanbuck.com | frank@gilmoregroupnv.com |
| Leah L. Jones, Nev. Bar No. 13161 | **THE GILMORE LAW GROUP** |
| leah@thiermanbuck.com | 1495 Ridgeview Drive, Suite 90 |
| **THIERMAN BUCK** | Reno, Nevada 89519 |
| 325 W. Liberty Street | Tel. (775) 848-6387 |
| Reno, Nevada 89501 | |
| Tel. (775) 284-1500 | *Attorney for Defendant Tahoe Fresh Co dba* |
| Fax. (775) 703-5027 | *Austin's Restaurant* |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGI YORDANOV BUYUKLIYSKI, NIKOLAY GANCHEV KIROV, and VIARA TODOROVA LAZAROVA, on behalf of themselves and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE FRESH CO d/b/a AUSTIN'S RESTAURANT, and DOES 1 through 50, inclusive, <br><br> Defendant(s). | Case No. 3:25-cv-00077-MMD-CLB <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

1  Plaintiffs GEORGI YORDANOV BUYUKLIYSKI, NIKOLAY GANCHEV KIROV, and VIARA TODOROVA LAZAROVA, and Defendant TAHOE FRESH CO d/b/a AUSTIN'S RESTAURANT, by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice pursuant to FRCP 41(a)(1)(ii).

Dated: August 15, 2025

**THIERMAN BUCK**

*/s/Leah L. Jones*
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 W. Liberty St.
Reno, Nevada 89501

*Attorneys for Plaintiffs*

Dated: August 15, 2025

**THE GILMORE LAW GROUP**

*/s/Frank C. Gilmore*
Frank C. Gilmore, Nev. Bar No. 10052
1495 Ridgeview Dr., Ste 90
Reno, Nevada 89519

*Attorney for Defendant Tahoe Fresh Co dba Austin's Restaurant*

IT IS SO ORDERED

DATED this 18th day of August, 2025.

_____
Miranda M. Du, U.S. District Judge